

# NUMBER 13-24-00444-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ROGER JACOBO,                                                    Appellant,

v.

GOLD RUSH WYOMING, LLC,                                          Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 5
## OF NUECES COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron
Memorandum Opinion by Justice West**

Appellant Roger Jacobo filed a pro se notice of appeal from an eviction judgment. On September 11, 2024, the Clerk of the Court notified appellant that his notice of appeal failed to comply with the appellate rules in several respects and requested appellant to file an amended notice of appeal within thirty days. *See* TEX. R. APP. P. 9.1(b), 9.5, 25.1(d)(1), (2), (3), (4), (8), 25.1(e). On September 25, 2024, this notice was returned to the Court

marked with the designations "return to sender," "vacant," and "unable to forward." After several attempts to contact appellant by telephone, a deputy clerk eventually spoke to appellant and obtained appellant's new mailing address. On November 15, 2024, by way of certified letter sent to appellant at the address he provided, the Clerk advised appellant that his notice of appeal failed to comply with the appellate rules, requested correction of the defects, and advised appellant that the appeal would be dismissed if the defects were not cured within ten days. *See id.* 42.3. Appellant did not file a corrected notice of appeal or otherwise respond to the Clerk's directive.

This Court has the authority to dismiss an appeal because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See id.* R. 42.3(b), (c); *Smith v. DC Civil Constr., LLC,* 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.). To date, appellant has not responded to the Clerk's directives or filed an amended notice of appeal. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

JON WEST
Justice

Delivered and filed on the
6th day of March, 2025.

2